## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jason Lund,                                  Court File No. 09-632(PAM/RLE)

           Plaintiff,

v.                                           **ORDER FOR DISMISSAL**

Associated Creditors Exchange and
John Doe,

           Defendants.

---

Based upon the Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                    **BY THE COURT:**

Dated: April  14 , 2010

                                                    s/Paul A. Magnuson
                                                    Paul A. Magnuson, Judge
                                                    United States District Court